IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CRYSTAL N.,<br><br>        Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>        Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:25-cv-01093-JNP-JCB<br><br>Chief District Judge Jill N. Parrish |

Plaintiff Crystal N. filed a complaint against Defendant on December 2, 2025. ECF No. 1. Plaintiff also filed a Motion for Leave to Proceed In Forma Pauperis that same day. ECF No. 2. The case and motion were referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B). ECF No. 5.

On December 30, 2025, Judge Bennett issued a report and recommendation that the court deny the Plaintiff's Motion for Leave to Proceed In Forma Pauperis. ECF No. 6.

Because Plaintiff did not object to the report and recommendation, she has waived any argument challenging its recommendations. *Paciorek v. Church of Jesus Christ of Latter-Day Saints*, No. 2:23-cv-00904, 2024 WL 2818881, at *1 (D. Utah June 3, 2024). And nothing indicates that the interests of justice demand excusing waiver here. *Id.*

Even if the court excused waiver and reviewed for clear error, the court would conclude that Judge Bennett's analysis is not clearly erroneous. *See Zloza v. Indus. Co.*, No. 4:23-cv-17,

2023 WL 2760784, at *1 (D. Utah Apr. 3, 2023). Furthermore, the motion is effectively moot, as Plaintiff has now paid the full filing fee.

Thus, the court **ADOPTS** the report and recommendation in full and **DENIES** the Plaintiff's Motion for Leave to Proceed In Forma Pauperis.

Signed February 2, 2026.

BY THE COURT

_____
Jill N. Parrish
United States Chief District Judge